

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
T: 516-203-7600
F: 516-282-7878

March 10, 2025

<u>VIA ECF</u>
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: *Robert Barbera v. All Season Protection Inc.*,
Case No. 1:24-cv-05482-KPF

Dear Judge Failla:

We represent plaintiff Robert Barbera ("*Plaintiff*") in the above captioned action. Pursuant to Paragraphs 2(B) and 2(C) of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiff respectfully requests a further thirty (30) day adjournment of the March 12, 2025, Default Judgment Hearing or a date thereafter that is convenient for the Court.

In support of this Motion, Plaintiff includes the following:

(1) The Court has ordered defendant All Season Protection Inc. ("*Defendant*") to show cause at a hearing scheduled before Your Honor for March 12, 2025, at 2:15 p.m. as to why default judgment should not be entered against Defendant (*Dkt. No. 26*);

(2) This is Plaintiff's third request for an adjournment and/or extension of time and the Court's granted Plaintiff's first request for an adjournment (*Dkt. No. 11*) via the Court's October 4, 2024, Order (*Dkt. No. 12*) as well as Plaintiff's second request for an adjournment (*Dkt. No. 25*) via the Court's February 10, 2025, Order (*Dkt. No. 26*);

(3) Good cause exists for this request as the parties remain engaged in discussions as to resolution of this matter and have made progress to that effect and the requested adjournment will afford the parties additional time to continue to explore resolution without further burden to the Court;

(4) As Defendant has still yet to formally appear with respect to this matter, there is no party with which Plaintiff can inquire as to their consent to this request.



  The instant request is made in good faith and granting the requested adjournment will not prejudice any party to this matter. Thank you for your consideration of this request.

             Respectfully submitted,

             /s/ *Joshua D. Vera*
             Joshua D. Vera
             *Counsel for Plaintiff*

```
Application GRANTED.  The hearing scheduled for March 12, 2025, is
ADJOURNED to April 30, 2025, at 3:30 p.m.

The Clerk of Court is directed to terminate the pending motion at
docket entry 27.

Dated:     March 10, 2025          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE