UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Barbera,<br><br>                    Plaintiff,<br><br>         v.<br><br>All Season Protection Inc.,<br><br>                    Defendant. | 24 Civ. 5482 (KPF)<br><br>**Order** |

## DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on the motion of Plaintiff Robert Barbera ("*Plaintiff*") for entry of a default judgment against the defendant All Season Protection Inc. ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS,** Defendant has not filed an answer, notice of appearance, or any opposition to Plaintiff's motion for default judgment; and was duly served with process

**ORDERED ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); and it is further

**ORDERED** that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work as identified in Exhibit 1 to Plaintiff's complaint; and it is further

**ORDERED** that Defendant shall pay $1,425.00 in actual damages under 17 U.S.C. § 504(b); and it is further

**ORDERED** that Defendant shall pay $460.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); and it is further

**ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store or display Plaintiff's Photograph as identified in Exhibit 1 to Plaintiff's Complaint; and it is further

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is further

**ORDERED** that this case is closed. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  May 1, 2025
       New York, New York

**SO ORDERED.**

*[signature: Katherine Polk Failla]*

The Hon. Katherine Polk Failla
United States District Judge